IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENDRICK HERRING,

    Plaintiff,

v.                                          CASE NO. 5:15-cv-242-LC-GRJ

T-MOBILE,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 4, 2015 (ECF No. 9), which recommended that this case be dismissed for failure to state a claim upon which relief may be granted.  The Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely-filed objections.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     This case is **DISMISSED** for failure to state a claim upon which relief may be granted.  This dismissal operates as a "strike" pursuant to 28 U.S.C. § 1915(g).

    **DONE AND ORDERED** this 3rd day of December, 2015.

                                                         *s/L.A. Collier*
                                                         **LACEY A. COLLIER**
                                                         **SENIOR UNITED STATES DISTRICT JUDGE**